UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                              824 Market Street
                                                            Wilmington, DE 19801
                                                            (302) 252-2900

Date:   April 8, 2005

To:     **Peter Dalleo, Clerk**
        U.S. District Court
        U.S. Courthouse
        Wilmington, DE 19801

Re:     Case No.00-3837

        **In Re:** Owens Corning et al.

        Enclosed is the bankruptcy Record on **Appeal #AP-05-24.**   Please acknowledge receipt on the copy provided.

**Enclosed Items:**
**Notice of Appeal #AP-05-24**
**Appealable Order: (Docket #14715)**
**Appellants Designations: (Docket #14729)**
**Appellee Designations: None**

                                                            Sincerely,

                                                            /s/  T. Southerland
                                                            Deputy Clerk

___X__ Filing fee paid on____3/23/2005____
_____ Filing fee not paid


I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____                         C.A. No.: _____
    Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

| | |
|---|---|
| Bankruptcy Case Number: | 00-3837 |
| Deputy Clerk Transferring Case: | T. Southerland |
| Case Type: | Chapter 11 |
| | |
| Debtor: | Owens Corning |
| | |
| Counsel: | Norman L. Pernick |
| | J. Kate Stickles |
| | SAUL EWING LLP |
| | 222 Delaware Avenue |
| | P.O. Box 1266 |
| | Wilmington, DE 19899-1266 |
| | |
| | -and- |
| | |
| | Charles O. Monk, II |
| | Henry R. Abrams |
| | Joseph M. Fairbanks |
| | Irving E. Walker |
| | 100 South Charles Street |
| | Baltimore, MD 21201-2773 |
| Credit Suisse First Boston, As Agent | Richard S. Cobb |
| | Rebecca L. Butcher |
| | Landis Rath & Cobb LLP |
| | 919 Market Street, Suite 600 |
| | Wilmington, DE 19801 |
| | |
| | -and- |
| | |
| | Barry R. Ostrager |
| | Tyler B. Robinson |
| | Robert J. Pfister |
| | Katharine E. Nolan |
| | SIMPSON TEACHER & BARTLETT LP |
| | 425 Lexington Avenue |
| | New York, New York 10017-3954 |

| | |
|---|---|
| Official Committee of Asbestos Claimants | Elihu Inselbuch<br>Peter Van N. Lockwood<br>Walter B. Slocombe<br>Nathan D. Finch<br>CAPLIN & DRYSDALE, CHARTERED<br>399 Park Avenue<br>New York, NY 10022<br>(212) 319 - 7125<br><br>-and-<br><br>Marla Eskin<br>CAMPBELL & LEVINE<br>Chase Manhattan Center, 15th Floor<br>1201 Market Street<br>Wilmington, DE 19899 |
| James J. McMonagle, Legal Representative for Future Claimants | Michael J. Crames<br>Jane W. Parver<br>Edmund M. Emrich<br>KAYE SCHOLER LP<br>425 Park Avenue<br>New York, NY 10022<br><br>-and-<br><br>James L. Patton, Jr.<br>Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |