**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
IN RE                                      :     Chapter 11
:
OWENS CORNING, et al.,                     :     Case Nos. 00-3837 to 3854 (JKF)
:     (Jointly Administered)
:
Debtors.   :
:
:
----------------------------------------------------------------x

## [PROPOSED] ORDER

Upon due consideration of the motion of Credit Suisse First Boston ("CSFB"), as agent for the prepetition bank lenders to Owens Corning, for an order authorizing CSFB to commence an adversary proceeding (the "Adversary Proceeding") on behalf of the estates of the above-captioned debtors and debtors in possession (the "Debtors") against certain physicians accused of falsely reporting x-ray readings as positive for asbestos-related impairment (the "Motion"), the Court concludes that good and sufficient cause appears for granting the Motion, and that due and proper notice of the Motion was given, it is hereby

ORDERED, that the Motion is **GRANTED**.

FURTHER ORDERED, that CSFB is authorized and is hereby granted standing to commence the Adversary Proceeding on behalf of the Debtors' estates.

FURTHER ORDERED, that CSFB shall have the right to seek reimbursement of reasonable attorney's fees and costs incurred in pursuing the Adversary Proceeding as a substantial contribution pursuant to 11 U.S.C. § 503(b)(3)-(4).

4

FURTHER ORDERED, that CSFB shall have the right to discontinue the Adversary Proceeding upon reasonable notice to the Debtors and the opportunity to take over the suit.

Dated: _____, 2005
      Wilmington, DE

                      BY THE COURT:

                      _____
                      THE HONORABLE JUDITH K. FITZGERALD,
                      UNITED STATES BANKRUPTCY COURT