UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
IN RE                                                          :   Chapter 11
                                                               :
OWENS CORNING, et al.,                                         :   Case Nos. 00-3837 to 3854 (JKF)
                                                               :   (Jointly Administered)
                                                               :
                                        Debtors.               :
                                                               :
                                                               :
---------------------------------------------------------------x

**MOTION OF CREDIT SUISSE FIRST BOSTON, AS AGENT, PURSUANT TO 28 U.S.C. § 157(d), FOR ORDER WITHDRAWING REFERENCE WITH RESPECT TO MOTION FOR ORDER AUTHORIZING CSFB TO COMMENCE AN ADVERSARY PROCEEDING ON BEHALF OF THE DEBTORS' ESTATES AGAINST CERTAIN PHYSICIANS WHO FALSELY REPORTED X-RAY READINGS AS POSITIVE FOR ASBESTOS-RELATED IMPAIRMENT**

TO:   THE HONORABLE JOHN P. FULLAM
      SENIOR UNITED STATES DISTRICT JUDGE

Credit Suisse First Boston ("CSFB"), as Agent for the prepetition bank lenders to Owens Corning and certain of its subsidiaries as debtors and debtors in possession (collectively, the "Debtors"), respectfully moves this Court, for the reasons set forth in CSFB's Memorandum of Law, dated January 12, 2005, filed herewith (the "Memorandum of Law"), for an order pursuant to 28 U.S.C. § 157(d) withdrawing the reference to the Bankruptcy Court (the "Motion To Withdraw The Reference") with respect to the Motion Of Credit Suisse First Boston, As Agent, For Order Authorizing It To Commence An Adversary Proceeding On Behalf Of The Debtors' Estates Against Certain Physicians Who Falsely Reported X-Ray Readings As Positive For Asbestos Related Impairment (the "Motion To Proceed Derivatively").

The facts and circumstances supporting this Motion To Withdraw The Reference and further grounds therefore are set forth in the Memorandum of Law.

WHEREFORE CSFB respectfully requests entry of an order granting the relief requested herein. A proposed form of order is attached hereto as Exhibit 1.

Dated: January 12, 2005

                LANDIS RATH & COBB LLP

*/s/ Rebecca L. Butcher*
Richard S. Cobb (I.D. No. 3157)
Rebecca L. Butcher (I.D. No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

*Attorneys for Credit Suisse First Boston, as Agent*

OF COUNSEL:

Barry R. Ostrager
Tyler B. Robinson
Robert J. Pfister
Katharine E. Nolan

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502