**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE** | **Chapter 11** |
| **OWENS CORNING, et al.,** | **Case Nos. 00-3837 to 3854 (JKF)**<br>**(Jointly Administered)** |
| **Debtors.** | |

**[PROPOSED] ORDER**

The Court, having considered the motion of Credit Suisse First Boston, as agent for the prepetition bank lenders to Owens Corning, for an order withdrawing the reference to the Bankruptcy Court (the "Motion To Withdraw The Reference") with respect to the Motion Of Credit Suisse First Boston, As Agent, For Order Authorizing It To Commence An Adversary Proceeding On Behalf Of The Debtors' Estates Against Certain Physicians Who Falsely Reported X-Ray Readings As Positive For Asbestos Related Impairment (the "Motion To Proceed Derivatively"), and all parties having the opportunity to be heard with respect to the Motion To Withdraw The Reference, and the Court having found and determined that good cause exists to withdraw the reference with respect to the Motion To Proceed Derivatively pursuant to 28 U.S.C. § 157(d), it is hereby

ORDERED, that the Motion To Withdraw The Reference is **GRANTED.**

FURTHER ORDERED, that pursuant to Section 157(d), the reference to the Bankruptcy Court, the Honorable Judith K. Fitzgerald presiding, is hereby withdrawn with respect to all proceedings involving the Motion To Proceed Derivatively.

Dated: _______, 2005
Philadelphia, PA

BY THE COURT:

_____________________________________

THE HONORABLE JOHN P. FULLAM,
SENIOR UNITED STATES DISTRICT JUDGE