**EXHIBIT 3**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| OWENS CORNING, *et al.*, | : Case No. 00-3837 to 3854 (JKF) |
| Debtors. | : |

ORDER

AND NOW, this 14th day of August, 2004, upon consideration of the Motion of Credit Suisse First Boston, As Agent, to Withdraw Reference with Respect to Asbestos Claims Valuation (Docket No. 12013), the responses thereto, and following a hearing on this date,

It is hereby ORDERED that pursuant to 28 U.S.C. § 157, the reference of this case to the Bankruptcy Court, Judge Judith K. Fitzgerald, is hereby withdrawn with respect to the asbestos claims valuation process, including discovery and scheduling issues.

It is further ORDERED that Counsel for the Movant, Credit Suisse First Boston, As Agent, shall make sure that a copy of this order is sent promptly to those on the service list.

BY THE COURT:

John P. Fullam, Sr. J.