**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                                          :
IN RE                                                     :      Chapter 11
                                                          :
OWENS CORNING, et al.,                                    :      Case Nos. 00-3837 to 3854 (JKF)
                                                          :      (Jointly Administered)
                                                          :
                                            Debtors.  :
                                                          :
                                                          :
-----------------------------------------------------------------x
```

### [PROPOSED] ORDER

The Court, having considered the Motion Of Credit Suisse First Boston, As

Agent, For Determination Of Core Or Non-Core Status Pursuant To Local Rule 5011-1 (the

"Motion"), and after due deliberation thereon, and good and sufficient cause appearing therefore,

and due and proper notice of the Motion having been given, it is hereby

ORDERED, that the Motion is **GRANTED**.

FURTHER ORDERED, that determination of the Motion Of Credit Suisse First

Boston, As Agent, For Order Authorizing It To Commence An Adversary Proceeding On Behalf

Of The Debtors' Estates Against Certain Physicians Who Falsely Reported X-Ray Readings As

Positive For Asbestos Related Impairment involves both core and non-core issues.

Dated: _____, 2005
        Wilmington, DE


                            BY THE COURT:


                            _____
                            THE HONORABLE JUDITH K. FITZGERALD,
                            UNITED STATES BANKRUPTCY COURT