IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OWENS CORNING, *et al.*, | : | Case No. 00-03837 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related to Civil Action No. 05-40 (JPF) |
| | | Related to Bankr. Docket No. 14181 & 14349 |

### SUPPLEMENTAL NOTICE OF FILING OF DEBTORS' RESPONSE TO CSFB'S MOTION FOR WITHDRAWAL OF REFERENCE

PLEASE TAKE NOTICE that, on January 26, 2005, counsel for Owens Corning and its affiliated debtors and debtors-in-possession in the above captioned jointly administered cases (collectively, the "Debtors") filed the **Debtors' Response to CSFB's Motion for Withdrawal of Reference** (the "Response") in the United States District Court for the District of Delaware. The United States District Court for the District of Delaware entered the Response on the docket in civil action no. 05-40 on January 28, 2005 and assigned the Response document number 4. A copy of the Response is attached hereto as Exhibit A.

Dated: February 1, 2005

SAUL EWING LLP

By: *[signature]*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800

Counsel to Owens Corning, *et al.*

511521.7 1/31/05