## EXHIBITS

A. Complaint, *Owens Corning v. Pitts et al.*

B. Complaint, *Owens Corning v. McNeese et al.*

C. Affidavit of Roger E. Podesta

    Exhibit 1:    Dec. 20, 2004 letter from Barry Ostrager to Roger Podesta.

    Exhibit 2:    Dec. 27, 2004 letter from Roger Podesta to Barry Ostrager.

    Exhibit 3:    Jan. 10, 2005 letter from Roger Podesta to Barry Ostrager.

D. Dec. 10, 1998 Report of Dr. Joseph N. Gitlin, *A Comparison of Readers' Interpretations of Chest X-Ray Interpretations of Chest X-Ray Examinations of Workers Asserted to be Exposed to Asbestos.*

E. Alan M. Ducatman *et al.*, *'B-Readers' and Asbestos Medical Surveillance*, 30 J. of Occupational Medicine 644 (1988).

F. CSFB Reply Memorandum in Further Support of CSFB's Motion for Withdrawal of Reference.

G. Jonathan D. Glater, *Companies Get Weapon in Injury Suits*, N.Y. Times, February 2, 2005, at C1.

H. Jan. 28, 2005 letter from Barry Ostrager to the Hon. John P. Fullam.

21888687v1