UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
                                                   :
IN RE                                              :    Chapter 11
                                                   :
OWENS CORNING, et al.,                             :    Case Nos. 00-3837 to 3854 (JKF)
                                                   :    (Jointly Administered)
                                                   :
                                      Debtors.     :    Ref. No. 14515
                                                   :
---------------------------------------------------x

**ORDER AUTHORIZING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Upon consideration of the motion of Credit Suisse First Boston for leave to file a reply (the "Reply") to the Debtors' Response to and Conditional Opposition to the Motion of CSFB, as Agent, to Commence and Adversary Proceeding on Behalf of the Debtors' Estate Against Certain Physicians; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Credit Suisse First Boston is authorized to file the Reply.

Dated: ~~February~~ March 7, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

404.002-7008.doc