# EXHIBIT "A"

21905901v1
517574.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

————————————————————————x
IN RE:                                      :   Chapter 11
                                            :
OWENS CORNING, *et al.*,                    :   Case No.: 00-3837 to 3854 (JKF)
                                            :   (Jointly Administered)
              Debtors.                      :
————————————————————————   x   Related to D.I. No. 14180
                                                Hearing Held February 28, 2005
                                                Agenda Item No. 4

## ORDER

Upon consideration of the motion of Credit Suisse First Boston ("CSFB"), as agent for the prepetition bank lenders to Owens Corning, for an order authorizing CSFB to commence an adversary proceeding (the "Adversary Proceeding") on behalf of the estate of Owens Corning against certain physicians accused of falsely reporting x-ray readings as positive for asbestos-related impairment (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED, and CSFB is authorized and is hereby granted standing to commence the Adversary Proceeding on behalf of the estate of Owens Corning, subject to the following conditions:

1. CSFB shall bear all of the costs and expenses incurred in connection with the prosecution of the Adversary Proceeding, including but not limited to attorneys' fees; and

2. CSFB shall have the right to seek reimbursement of reasonable attorneys' fees and expenses incurred in connection with the Adversary Proceeding as a substantial contribution pursuant to 11 U.S.C. § 503(b)(3)-(4); and

21905901v1
517574.1

3. CSFB shall indemnify and hold harmless Owens Corning, its directors, officers, agents, professionals and employees against any and all judgments, settlements, fines, penalties, sanctions, costs and expenses, including but not limited to legal fees, incurred in connection with any claims or counterclaims brought by the defendants in, or arising out of, the Adversary Proceeding.

FURTHER ORDERED, that CSFB shall have the right to seek to discontinue or settle the Adversary Proceeding upon reasonable notice to Owens Corning, the official committees and the Futures Representative, and an opportunity to be heard thereon. This right shall not extinguish CSFB's obligation to indemnify and hold harmless Owens Corning, its directors, officers, agents, professionals and employees, as described in paragraph 3 above.

Dated: _____, 2005

BY THE COURT:

_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT