IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
IN RE                                             :
                                                  : Chapter 11
OWENS CORNING, et al.,                            :
                                                  : Case Nos. 00-3837 to 3854 (JKF)
                                                  : (Jointly Administered)
                         Debtors.                 :
-------------------------------------------------x
CREDIT SUISSE FIRST BOSTON,                       :
AS AGENT,                                         :
                         Appellant,               :
                                                  :
     -against-                                    :
                                                  :
OWENS CORNING, and its affiliated                 :
Debtors and debtors in possession,                :
                                                  :
                         Appellees.               :
-------------------------------------------------x
```

### NOTICE OF APPEAL FROM ORDER DATED MARCH 21, 2005 OF THE HONORABLE JUDITH K. FITZGERALD [D.I. No. 14715]

Credit Suisse First Boston ("CSFB"), as Agent for the pre-petition bank lenders to Owens Corning and certain of its subsidiaries, appeals to the United States District Court for the District of Delaware from the final order (the "Order") [D.I. No. 14715], dated and entered March 21, 2005, issued by United States Bankruptcy Judge Judith K. Fitzgerald, which Order denied the motion of CSFB for an order authorizing CSFB to commence an adversary proceeding on behalf of the estates of the above-captioned debtors and debtors in possession (. the "Debtors") against certain physicians known as B-readers who CSFB alleges falsely reported chest radiograph (x-ray) readings as positive for asbestos-related disease in personal injury claims brought against the Debtors pre-petition.

The parties to the Order appealed from and the names and addresses of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| Owens Corning | Norman L. Pernick<br>J. Kate Stickles<br>SAUL EWING LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(302) 421-6800<br><br>-and-<br><br>Charles O. Monk, II<br>Henry R. Abrams<br>Joseph M. Fairbanks<br>Irving E. Walker<br>100 South Charles Street<br>Baltimore, MD 21201-2773<br>(410) 332-8600 |
| Credit Suisse First Boston,<br>As Agent | Richard S. Cobb (I.D. No. 3157)<br>Rebecca L. Butcher (I.D. No. 3816)<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Barry R. Ostrager<br>Tyler B. Robinson<br>Robert J. Pfister<br>Katharine E. Nolan<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502 |

| | |
|---|---|
| Official Committee of Asbestos Claimants | Elihu Inselbuch<br>Peter Van N. Lockwood<br>Walter B. Slocombe<br>Nathan D. Finch<br>CAPLIN & DRYSDALE, CHARTERED<br>399 Park Avenue<br>New York, NY  10022<br>(212) 319-7125<br><br>-and-<br><br>Marla Eskin<br>CAMPBELL & LEVINE<br>Chase Manhattan Center, 15th Floor<br>1201 Market Street<br>Wilmington, DE  19899<br>(302) 426-1900 |
| James J. McMonagle, Legal Representative for Future Claimants | Michael J. Crames<br>Jane W. Parver<br>Edmund M. Emrich<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>(212) 836-8000<br><br>-and-<br><br>James L. Patton , Jr.<br>Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600 |

| | |
|---|---|
| Official Representatives of the Bondholders and Trade Creditors (f/k/a the Designated Members of the Official Committee of Unsecured Creditors of Owens Corning) | J. Andrew Rahl<br>John B. Berringer<br>ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182<br>(212) 278-1000<br><br>-and-<br><br>Francis A. Monaco, Jr.<br>Joseph J. Bodnar<br>MONZACK & MONACO, P.A.<br>1201 Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19811<br>(302) 656-8162 |

Dated: March 22, 2004

        LANDIS RATH & COBB LLP

        */s/ Richard S. Cobb*
        Richard S. Cobb (I.D. No. 3157)
        Rebecca L. Butcher (I.D. No. 3816)
        919 Market Street, Suite 600
        Wilmington, DE 19810
        Telephone: (302) 467-4400
        Facsimile: (302) 467-4450

        Barry R. Ostrager
        Tyler B. Robinson
        Robert J. Pfister
        Katharine E. Nolan
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        Tel: (212) 455-2000
        Fax: (212) 455-2502

        ATTORNEYS FOR CREDIT SUISSE FIRST
        BOSTON, AS AGENT