IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: Owens Corning et al

|  |  |  |
|---|---|---|
| Credit Suisse First Boston | ) | |
| Appellant | ) | Civil Action No.  05-217 JPF |
| v. | ) | |
| Owens Corning et al. | ) | |
| Appellee | ) | Bankruptcy Case No. 00-3837-3854 JKF |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated March 21, 2005 was docketed in the District Court on 4/14/05:

Order denied the motion of CSFB for an order authorizing CSFB to commence an adversary proceeding on behalf of the estates of the debtors and debtors in possession against certain physicians known as B-readers who CSFB alleges falsely reported chest radiograph readings as positive for asbestos-related disease in personal injury claims brought against the Debtors pre-petition.

Please place the civil action number and caption listed above on all papers concerning this matter.  Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:  4/14/05

To:  U.S. Bankruptcy Court
     Counsel