IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREDIT SUISSE FIRST BOSTON | : | CIVIL ACTION |
| AS AGENT, | : | |
| Appellant, | : | |
| | : | |
| v. | : | NO. 05-217 |
| | : | |
| OWENS CORNING, *et al.,* | : | (Bankr. No. 00-03837) |
| Appellees. | : | |

**ORDER**

AND NOW, this 18th day of April, 2005, it is hereby ORDERED that oral argument with respect to the above-captioned appeal from the Order of United States Bankruptcy Court dated March 21, 2005, will be held on **Thursday, April 28, 2005, at 10:00 a.m.** in Courtroom 15A, 601 Market Street, Philadelphia, PA.

It is further ORDERED that Counsel for Credit Suisse First Boston shall make sure that a copy of this order is sent promptly to those on the service list.

BY THE COURT:

/s/John P. Fullam, Sr. J.
Fullam, Sr. J.