IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OWENS CORNING, *et al.,*<br>    Debtors.<br>_____<br>Credit Suisse First Boston,<br>    Appellant,<br>    v.<br>Owens Corning, *et al.,*<br>    Appellee. | :<br>:  Bankr. Case No. 00-3837-JKF<br>:  Chapter 11<br>:  Jointly Administered<br>: _____<br>:<br>:<br>:  05-cv-217-JPF<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that, Debevoise & Plimpton LLP hereby enters its appearance as special counsel on behalf of Appellee, Owens Corning *et al.*, in the above-referenced case and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon counsel as follows:

**DEBEVOISE & PLIMPTON LLP**
Roger Podesta, Esquire
Mary Beth Hogan, Esquire
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
rpodesta@debevoise.com
mbhogan@debevoise.com

Dated: April 20, 2005

**SAUL EWING LLP**

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800

Counsel to Owens Corning, *et al.*

519594