**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankr. Case No. 00-3837-JKF |
| OWENS CORNING, *et al.,* | : | Chapter 11 |
| Debtors. | : | Jointly Administered |
| | : | |
| Credit Suisse First Boston, | : | |
| Appellant, | : | |
| v. | : | 05-cv-217-JPF |
| Owens Corning, *et al.,* | : | |
| Appellee. | : | |

**CERTIFICATE OF SERVICE**

I, J. Kate Stickles, Esquire, of Saul Ewing LLP, hereby certify that on April 20, 2005, I caused a copy of the foregoing **Entry of Appearance** to be served by First Class Mail, postage prepaid, on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6800

Counsel to Owens Corning, *et al.*

519594

**05-217 SERVICE LIST**

Richard S. Cobb, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19810

Barry R. Ostrager, Esquire
Tyler B. Robinson, Esquire
Robert J. Pfister, Esquire
Katherine E. Nolan, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Martin J. Bienenstock, Esquire
Timothy Graulich, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Frank J. Perch, III, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Edmund Emrich, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James J. McMonagle, Esquire
24 Walnut Street
Chagrin Falls, OH 44022

William H. Sudell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

James I. McClammy, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19081

J. Andrew Rahl, Jr., Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

519594