IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re Owens Corning, et al.

----------------------------------------------------------x

| | |
|---|---|
| Credit Suisse First Boston,<br>As Agent for the Pre-Petition Lenders,<br><br>Appellant,<br><br>v.<br><br>Owens Corning, *et al.*,<br><br>Appellees. | Case No. 05-00217(JPF)<br><br>Bankruptcy Case no. 00-03837 (JKF) |

----------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

     Rebecca L. Butcher, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Tyler B. Robinson, Esquire of Simpson, Thacher & Bartlett, LLP (the "Admittee"), to represent Credit Suisse First Boston, as Agent, in this action. The Admittee is admitted, practicing, and in good standing of the bar of the State of New York and Eastern, and Southern Districts of New York.

LANDIS RATH & COBB LLP

_____
Rebecca L. Butcher (I.D. No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing in the jurisdiction shown in the paragraph above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

_____
Tyler B. Robinson, Esquire
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

404.002-7907

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Dated: _____

_____
The Honorable John P. Fullam
United States District Court Judge

404.002-7908.DOC