# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re Owens Corning, et al.

-------------------------------------------x

| | |
|---|---|
| Credit Suisse First Boston, As Agent for the Pre-Petition Lenders, | Case No. 05-00217(JPF) |
| Appellant, | Bankruptcy Case no. 00-03837 (JKF) |
| v. | |
| Owens Corning, et al., | |
| Appellees. | |

-------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Rebecca L. Butcher, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Barry R. Ostrager, Esquire of Simpson, Thacher & Bartlett, LLP (the "Admittee"), to represent Credit Suisse First Boston, as Agent, in this action. The Admittee is admitted, practicing, and in good standing of the bar of the State of New York and U.S. District Court, Eastern, Northern and Southern Districts of New York; State of California and the Northern District of California; District of Connecticut; Western District of Texas; U.S. Court of Appeals, 2nd Circuit; 3rd Circuit; 4th Circuit; 6th Circuit;. 7th Circuit; 9th Circuit; and U.S. Supreme Court.

LANDIS RATH & COBB LLP

_/s/ Rebecca L. Butcher_

Rebecca L. Butcher (I.D. No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

_/s/ Barry R. Ostrager_

Barry R. Ostrager, Esquire
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

404.002-7908

2005 APR 27 PM 3:34
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DKT. NO. 10
DT. FILED 4-26-2005

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: 4/27/05

BY THE COURT:

_____
The Honorable John P. Fullam
United States District Court Judge